# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                    :   NO. 924
                                          :
APPOINTMENTS TO THE                       :   SUPREME COURT RULES DOCKET
ORPHANS' COURT PROCEDURAL                 :
RULES COMMITTEE                           :

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of November, 2022, the Honorable John J. McNally, III, Dauphin County, and the Honorable Sara J. Seidle-Patton, Clarion County, are hereby appointed as members of the Orphans' Court Procedural Rules Committee for a term of five years, commencing January 1, 2023.